# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-01077 JAK (MANx) | Date | July 21, 2011 |
| Title | Orbel Yousefian v. 21st Century Insurance Company | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE SETTLEMENT OF PRELIMINARY APPROVAL OF CLASS-WIDE SETTLEMENT**

On July 18, 2011, plaintiff filed "Notice of Settlement" [191]. Plaintiff shall file its motion for preliminary approval of the class-wide settlement no later than September 12, 2011. The Court sets the hearing on the motion for October 31, 2011 at 1:30 p.m.

The Final Pretrial Conference, Status Conference re Exhibits, and Jury Trial are vacated.

**IT IS SO ORDERED.**

                                                                                             :

Initials of Preparer   ak