1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORBEL YOUSEFIAN, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>21ST CENTURY INSURANCE COMPANY, a California Corporation,<br><br>        Defendant. | Case No. CV 10-1077 JAK (MANx)<br><br>Assigned to: Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF CLASS-WIDE SETTLEMENT**<br><br>Complaint Filed:   February 12, 2010 |

13646818v.1

1  The Court, having considered the Parties' Stipulation To Continue Hearing
2  Date On Motion for Preliminary Approval Of Class-Wide Settlement, hereby
3  ORDERS that the hearing date, currently set for October 31, 2011, be continued to
4  November 14, 2011 at 1;30 p.m.
5
6  **IT IS SO ORDERED.**
7
8
   Dated:  August 31, 2011
9  _____
   The Honorable John A. Kronstadt,
   United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

13646818v.1