Initiative Legal Group apc
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORBEL YOUSEFIAN, as an individual, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>21ST CENTURY INSURANCE COMPANY, a California Corporation;<br><br>　　　　Defendant. | Case No.:  CV 10-1077 JAK (MANx)<br><br>Assigned to: Hon.  John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FILING DEADLINE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS WIDE-SETTLEMENT**<br><br>Complaint Filed:　　February 12, 2010 |

1  The Court, having considered the Parties' Stipulation To Continue Filing
2  Deadline Of Motion for Preliminary Approval Of Class-Wide Settlement, hereby
3  ORDERS that the filing deadline for Plaintiff's motion for preliminary approval of
4  the class-wide settlement, currently set for September 12, 2011, be continued to
5  October 14, 2011.

7  **IT IS SO ORDERED.**

10 Dated: September 6, 2011   _____
11                               The Honorable John A. Kronstadt,
                                 United States District Judge