Initiative Legal Group apc
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORBEL YOUSEFIAN, as an individual, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>21ST CENTURY INSURANCE COMPANY, a California Corporation;<br><br>Defendant. | Case No.: CV 10-1077 JAK (MANx)<br><br>Assigned to: Hon. John A. Kronstadt<br><br>**ORDER RE: STIPULATION TO CONTINUE FILING DEADLINE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS WIDE-SETTLEMENT**<br><br>Complaint Filed:   February 12, 2010 |

1  The Court, having considered the Parties' Stipulation To Continue Filing
2  Deadline Of Motion for Preliminary Approval Of Class-Wide Settlement, hereby
3  ORDERS that the filing deadline for Plaintiff's motion for preliminary approval of
4  the class-wide settlement, currently set for October 14, 2011, be continued to
5  December 9, 2011.

7  **IT IS SO ORDERED.**



10  Dated: October 19, 2011
11  The Honorable John A. Kronstadt,
    United States District Judge

[PROPOSED] ORDER TO EXTEND FILING DATE ON MOTION OF PRELIMINARY APPROVAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Initiative Legal Group apc
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067